# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. JASON MAJORS,<br><br>                Plaintiff,<br>   vs.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, DELTA AIR LINES, INC., and SAN DIEGO REGIONAL AIRPORT AUTHORITY,<br><br>                Defendants. | CASE NO. 08-CV-2032-IEG (POR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[Doc. No. 35.]** |

Presently before the Court is Plaintiff's motion to dismiss his first amended complaint. (Doc. No. 35.) Plaintiff specifically requests that the Court dismiss his complaint "against Defendant San Diego County Regional Airport Authority and Delta Air Lines, Inc." and asks "that this matter be closed." (Motion at 1.) Plaintiff's motion makes no mention of whether he wishes to dismiss his claim against the Transportation Security Administration. However, because Plaintiff has requested the case be closed, and because no defendant has filed an answer or a motion for summary judgment, the Court construes Plaintiff's motion as a notice of dismissal of his claim against all three defendants pursuant to Fed. R. Civ. P. 41(a).[1]

---

[1] Fed. R. Civ. P. 41 (2009) provides: "(a) Voluntary Dismissal. [¶] (1) By the Plaintiff. [¶] (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: [¶] (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."

1      If Plaintiff believes the Court has reached this conclusion in error, he shall file an amended notice of dismissal **on or before May 11, 2009** clearly indicating whether he intends to pursue his case against the Transportation Security Administration. If Plaintiff does not file an amended dismissal notice, the Clerk shall terminate this case as to all three defendants, pursuant to Plaintiff's original dismissal notice.

**IT IS SO ORDERED.**

**DATED: April 29, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**